**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**COLUMBUS DIVISION**

| | |
|---|---|
| **STANISLAV KOLOMIICHUK,** | **Case No.: 4:26-CV-00253** |
| Plaintiff, | |
| v. | |
| **UNITED STATES OF AMERICA,** | |
| Defendant. | |

**COMPLAINT FOR DAMAGES UNDER THE FEDERAL TORT CLAIMS ACT**

(28 U.S.C. §§ 1346(b), 2671 et seq.)

### I. INTRODUCTION

1. This is a civil action for damages under the Federal Tort Claims Act ("FTCA"), 28 U.S.C. §§ 1346(b), 2671 et seq., for injuries arising from a motor vehicle collision caused by an agent/employee of the United States of America who was working in the course and scope of his employment with the United States Postal Service ("USPS").

### II. JURISDICTION AND VENUE

2. This Court has jurisdiction over this action pursuant to 28 U.S.C. § 1346(b)(1).

3. Venue is proper in the Middle District of Georgia under 28 U.S.C. § 1402(b) because the acts and omissions giving rise to this claim occurred in Meriwether County, Georgia, which is within this judicial district.

4. On or about October 22, 2024, Plaintiff filed a timely notice of administrative claim with the USPS pursuant to 28 U.S.C. § 2675(a), asserting claims for personal injury in the amount of $300,000.00. (Attached hereto as Exhibit – Notice of Claim).

Complaint

5. More than six months have elapsed since the claim was filed, and USPS has not made a final disposition of the claim. Accordingly, Plaintiff has exhausted all administrative remedies as required by law.

## III. PARTIES

6. Plaintiff, Stanislav Kolomiichuk, is an individual and resident of the State of Illinois.

7. Defendant is the United States of America, which may be sued under the FTCA for tortious acts committed by employees of federal agencies acting within the scope of their employment, including employees of the USPS.

8. At all times relevant to this Complaint, the USPS employee involved in the collision was acting within the course and scope of employment with the USPS and the federal government.

## IV. FACTUAL ALLEGATIONS

9. On January 15, 2024, Plaintiff was lawfully operating a motor vehicle traveling North in the right lane of I-85.

10. A USPS postal vehicle, operated by a USPS employee, Marcus Moorer, acting within the course and scope of his employment with the United States of America, was in the left lane traveling North on I-85 when he changed lanes while following too closely, and in doing so collided with Plaintiff's vehicle.

11. The USPS employee failed to exercise ordinary care while operating a motor vehicle, made an improper lane change while following too closely, and operated the postal vehicle in a safe and prudent manner under the circumstances.

12. As a direct and proximate result of the USPS employee's negligence, Plaintiff suffered injuries requiring medical care, resulting in pain and suffering and other non-economic damages.

Complaint

## V. CLAIM FOR RELIEF

### (Negligence under the Federal Tort Claims Act)

13. Plaintiff realleges and incorporates by reference the preceding paragraphs as if fully set forth herein.

14. The above-described conduct constitutes negligence under Georgia law.

15. Under 28 U.S.C. § 1346(b), the United States is liable for torts committed by its employees acting within the scope of employment to the same extent as a private party under like circumstances.

16. Plaintiff seeks recovery for personal injury damages in the amount of $300,000.00 and any other damages permitted under law, subject to proof at trial.

## VII. PRAYER FOR RELIEF

WHEREFORE, Pursuant to 28 U.S.C. § 2402, Plaintiff acknowledges that this case shall be tried by the Court without a jury. Plaintiff respectfully requests that the Court enter judgment against the Defendant as follows:

1. For personal injury damages in the amount of $300,000.00;

2. For pre-judgment and post-judgment interest as allowed by law;

3. For costs of suit incurred herein; and

4. For such other and further relief as the Court deems just and proper.

Respectfully submitted this 11th day of February 2026.

LAW OFFICES OF GOLDBERG AND LOREN, P.A.

/s/ *James M. Loren*
James M. Loren, Bar No.: 551363
6500 S. Macadam Avenue, Suite 380
Portland, Oregon 97239
(800) 719-1617
pleadings@goldbergloren.com
*Attorney for Plaintiff*

Complaint